```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10798
    SHAQULIA ADAMS
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-8229


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/15/07 .

    2.  The case was dismissed without confirmation, 09/28/2007.

------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL     CURRENT MORTG             .00          .00             .00
COUNTRYWIDE FINANCIAL     MORTGAGE ARRE NOT FILED               .00             .00
GMAC MORTGAGE CORP        SECURED                   .00          .00             .00
GMAC MORTGAGE CORP        MORTGAGE ARRE NOT FILED               .00             .00
HSBC AUTO FINANCE         SECURED VEHIC             .00          .00             .00
WELLS FARGO FINANCIAL AC  SECURED VEHIC             .00          .00             .00
CAPITAL ONE BANK          UNSECURED     NOT FILED               .00             .00
CITIBANK                  UNSECURED     NOT FILED               .00             .00
CCA                       UNSECURED     NOT FILED               .00             .00
HSBC                      UNSECURED     NOT FILED               .00             .00
JC PENNEY NATL BANK       UNSECURED     NOT FILED               .00             .00
FIA CARD SERVICES         UNSECURED     NOT FILED               .00             .00
RECEIVABLES PERFORMANCE   UNSECURED     NOT FILED               .00             .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED               .00             .00
WELLS FARGO FINANCIAL BA  UNSECURED     NOT FILED               .00             .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00        .00          .00
PRINCIPAL PAID          .00         .00          .00        .00          .00
INTEREST PAID           .00         .00          .00        .00          .00
TOTAL PAID              .00         .00          .00        .00          .00
The Debtor's attorney, JON DOWAT                , was allowed $          .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/19/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```